UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  14-cv-24881-UU

EMILIO PINERO,

    Plaintiff,

vs.

EQUITY ONE (FLORIDA PORTFOLIO) INC.

    Defendant.

_____/

## NOTICE OF SETTLEMENT

Defendant Equity One (Florida Portfolio) Inc. ("Defendant"), through its undersigned counsel, hereby gives notice that the parties have settled this action.  The settlement documents are in the process of being prepared and final dismissal papers will be filed with the Court within twenty (20) days.

## CERTIFICATE OF SERVICE

I CERTIFY that on August 19, 2015 a true and correct copy of the foregoing was filed with this Court using CM/ECF.  We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or by U.S. Mail to those who are not authorized to receive electronically Notices of Electronic Filing.

**GREENSPOON MARDER, P.A.**
*Attorneys for Defendant*
200 East Broward Blvd.
Suite 1800
Ft. Lauderdale, FL 33301
Phone: (954) 491-1120
Fax:    (954) 267-8027
peter.siegel@gmlaw.com

BY:  __s/Peter R. Siegel__
     **PETER R. SIEGEL**
     Florida Bar #988634

CASE NO.: 14-cv-24881-UU

## SERVICE LIST

*Attorney for Plaintiff*

Lauren N. Wassenberg, Esq.
Lauren N. Wassenberg & Associates, P.A.
429 Lenox Avenue
Suite P503
Miami Beach, FL  33139
Tel: (305) 537-3723
Fax: (305) 519-3748
Email:  wassenbergl@gmail.com