UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-cv-24881-UU

EMILIO PINERO,

    Plaintiff,

vs.

EQUITY ONE (FLORIDA PORTFOLIO) INC.

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Emilio Pinero, and Defendant, Equity One (Florida Portfolio) Inc., pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., stipulate and agree that this action is dismissed with prejudice with each party to bear its own attorneys' fees and costs except as otherwise agreed to by the parties.

Dated:  September 11, 2015

| | |
|---|---|
| **LAUREN N. WASSENBERG & ASSOCIATES, P.A.** | **GREENSPOON MARDER, P.A.** |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 429 Lenox Avenue, Suite 4W23 | 200 East Broward Blvd., Suite 1800 |
| Miami Beach, Florida  33139 | Ft. Lauderdale, FL  33301 |
| Telephone: (305) 537-3723 | Tel.:  (954) 491-1120 |
| Facsimile: (866) 519-3748 | Fax:  (954) 267-8027 |
| Email:  wassenbergl@gmail.com | Email: peter.siegel@gmlaw.com |
| By:     *s/ Lauren N. Wassenberg*<br>        **LAUREN N. WASSENBERG**<br>        Florida Bar No.: 34083 | By:  *s/Peter R. Siegel*<br>     **PETER R. SIEGEL**<br>     Florida Bar No.: 988634 |